Donald J. Farley
ISB #1561; djf@powerstolman.com
Mark J. Orler
ISB #7476; mjo@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 West Idaho Street, Suite 700
Boise, Idaho 83702
Post Office Box 9756
Boise, Idaho 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\84\84-002\03 - Coyote v. Swift\Federal\Notice of Removal.docx

Attorneys for Defendants Israel Rodriguez, Swift Transportation Company, Swift Transportation Co., LLC, and Interstate Equipment Leasing, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

P&S ENTERPRISES, LLC dba COYOTE TRANSPORT,

Plaintiff,

vs.

ISRAEL RODRIGUEZ, an individual; SWIFT TRANSPORTATION COMPANY; SWIFT TRANSPORTATION CO., LLC; INTERSTATE EQUIPMENT LEASING, LLC; QUEMETCO, INC., and QUEMETCO WEST, LLC,

Defendants.

Case No.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Israel Rodriguez, Swift Transportation Company, Swift Transportation Co., LLC, and Interstate Leasing, LLC ("Swift Defendants") give notice that this matter is hereby removed from the District Court of the Second Judicial District of the State of Idaho, Lewis County, Case No. CV31-18-0160 to the United States District Court for the District of Idaho.

This case is removable to this Honorable Court pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy, exclusive of interest or costs, exceeds $75,000. (*See* **Exhibit A**, Complaint.)

In support of such removal, the Swift Defendants respectfully show the Court as follows:

**PLEADINGS AND PROCEDURE**

1. On October 22, 2018, Plaintiff P&S Enterprises, LLC dba Coyote Transport filed a Complaint in the District Court of the Second Judicial District, in and for the County of Lewis, State of Idaho, styled *P&S ENTERPRISES, LLC dba COYOTE TRANSPORT, Plaintiff, v. ISRAEL RODRIGUEZ, an individual; SWIFT TRANSPORTATION COMPANY; SWIFT TRANSPORTATION CO., LLC; INTERSTATE EQUIPMENT LEASING, LLC; QUEMETCO, INC.; and QUEMETCO WEST, LLC, Defendants*, Case No. CV31-18-0160.

2. Plaintiff's counsel provided a copy of the Complaint to the Swift Defendants' counsel on or about October 23, 2018. It is believed that counsel for Quemetco, Inc. and Quemetco West, LLC received a copy of the Complaint around that time as well. To date, none of the Defendants have been served with the Complaint.

3. This Notice of Removal has been filed within 30 days after initial receipt (allegedly constituting service) of the initial pleading by any Defendant upon which the aforesaid action is based. Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a) and Local Rule – Civil Rule 81.1(a), a copy of the entire state record, including all process, pleadings, and orders known to and/or served in said civil action, along with a copy of the register of the action, are attached hereto as **Exhibit A**.

5. Intradistrict Assignment: The United States District Court for the District of Idaho is the federal judicial district embracing the District Court for the Second Judicial District for the State of Idaho, where the suit was originally filed; therefore, venue is proper under 28 U.S.C. §§ 1441(a) and 1446(a).

6. Notice of Removal is provided to all parties appearing in the action and filed with the Clerk of Court for Lewis County.

7. All procedural requirements for removal have been satisfied.

**DIVERSITY OF CITIZENSHIP**

8. As part of its Complaint, Plaintiff alleges that it is an Idaho limited liability company. (*See* Complaint, ¶ 1.)

9. Defendant Rodriguez is a resident of California; Defendant Swift Transportation Company, Inc. is a Delaware corporation with its principal place of business in the state of Arizona; Defendant Swift Transportation Co., LLC is a limited liability company organized under Delaware law with its principal place of business in the state of Arizona; and Defendant Interstate Equipment Leasing, LLC is a limited liability company organized under Delaware law with its principal place of business in the state of Arizona.

10. Defendants Quemetco, Inc. and Quemetco West, LLC are headquartered in California. (*See* Complaint, ¶ 4.)

11. Defendants meet the diversity of citizenship requirement outlined in 28 U.S.C. § 1332.

**AMOUNT IN CONTROVERSY**

12. The Complaint seeks in excess of $75,000. For instance, the Complaint seeks the following damages, exclusive of interest and costs: $1,600.00 in property damage to Plaintiff's hauling trailer; $3,800.00 in property damage to Plaintiff's truck; $4,800.00 in expenses for rental equipment until the truck and trailer were replaced; $82,680.00 in alleged damages for lost car loads due to the loss of use of its truck and trailer; $23,100.00 in alleged damages for lost trailer loads due to the loss of use of Plaintiff's truck and trailer; $210,269.94 due to increased insurance premiums. (See Complaint, ¶¶ 14-19.) While the Swift Defendants dispute that Plaintiff is entitled to any relief, the amount in controversy is satisfied, and meets the jurisdictional requirements of the United States District Court for the District of Idaho.

**MISCELLANEOUS**

13. Defendants Quemetco, Inc. and Quemetco West, LLC, without waiving any defenses, including lack of personal jurisdiction, improper service of process or improper venue, consent to this removal as evidenced by the attached Consent attached hereto as **Exhibit B**.

14. A copy of this Notice of Removal is being filed with the District Court of the Second Judicial District of the State of Idaho, as provided by law, and written notice is being sent to Plaintiff's counsel. See **Exhibit C**.

15. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

16. The allegations of this Notice are true and correct and this cause is removable to The United States District Court for the District of Idaho.

**CONCLUSION**

17. Wherefore, the Swift Defendants respectfully request that this action be removed to the United States District Court for the District of Idaho.

18. By this Notice of Removal, the Swift Defendants do not waive any objections or defenses it may have to this action, including, but not limited to, improper service of process, lack of personal jurisdiction, or improper venue.

19. The Swift Defendants do not admit any of the allegations in Plaintiff's Complaint except as specifically admitted herein.

DATED this 20th day of November, 2018.

POWERS TOLMAN FARLEY, PLLC

By /s/ Mark J. Orler
Donald J. Farley – Of the Firm
Mark J. Orler – Of the Firm
Attorneys for Defendants
Israel Rodriguez, Swift Transportation Company, Swift Transportation Co., LLC, and Interstate Equipment Leasing, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of November, 2018, I caused to be served a true copy of the foregoing **NOTICE OF REMOVAL**, electronically through the CM/ECF system, or by other electronic means, to the following parties or counsel:

Maren Ericson, mericson@nampalaw.com
Hamilton, Michaelson & Hilty, LLP
*Attorney for Plaintiff*

Tyler J. Anderson, tanderson@hawleytroxell.com
Austin Strobel, astrobel@hawleytroxell.com
Hawley Troxell Ennis & Hawley
*Attorneys for Defendants Quemetco, Inc. and Quemetco West, LLC*

/s/ Mark J. Orler
Donald J. Farley
Mark J. Orler