# EXHIBIT A

Details

## Case Information

CV31-18-0160 | P&S Enterprises, LLC, dba Coyote Transport Plaintiff, vs. Israel Rodriguez, Swift Transportation Company, Swift Transportation Co., LLC, Interstate Equipment Leasing, LLC, Quemetco, Inc., Quemetco West, LLC Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV31-18-0160 | Lewis County District Court | FitzMaurice, Gregory |
| File Date | Case Type | Case Status |
| 10/22/2018 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

Plaintiff
P&S Enterprises, LLC, dba Coyote Transport

Inactive Attorneys▾
Lead Attorney
Ericson, Maren Caroline
Retained

Defendant
Rodriguez, Israel

Defendant
Swift Transportation Company

Defendant
Swift Transportation Co., LLC

Defendant
Interstate Equipment Leasing, LLC

Defendant
Quemetco, Inc.

Defendant
Quemetco West, LLC

## Events and Hearings

10/22/2018 Initiating Document - District

10/22/2018 Complaint Filed ▾

Comment
Complaint

10/22/2018 Civil Case Information Sheet ▾

Comment
Civil Case Information Sheet

## Financial

P&S Enterprises, LLC, dba Coyote Transport
Total Financial Assessment                    $230.00

| | | | | |
|---|---|---|---|---|
| | Total Payments and Credits | | | $230.00 |
| 10/22/2018 | Transaction Assessment | | | $221.00 |
| 10/22/2018 | EFile Payment | Receipt # 00849-2018-R31 | P&S Enterprises, LLC, dba Coyote Transport | ($221.00) |
| 10/23/2018 | Transaction Assessment | | | $6.00 |
| 10/23/2018 | Transaction Assessment | | | $3.00 |
| 10/23/2018 | Phone Payment | Receipt # 00853-2018-R31 | Swift Transportation Company | ($9.00) |

Electronically Filed
10/22/2018 9:57 AM
Second Judicial District, Lewis County
Alesia Winner, Clerk of the Court
By: Nicole Kinzer, Deputy Clerk

MAREN ERICSON
HAMILTON, MICHAELSON & HILTY, LLP
Attorneys at Law
1303 12th Avenue Road
Nampa, ID 83686
(208) 467-4479 Telephone
(208) 467-3058 Facsimile
mericson@nampalaw.com
ISB No. 9273

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF LEWIS

| | |
|---|---|
| P&S ENTERPRISES, LLC dba COYOTE TRANSPORT, | ) CASE NO. CV31-18-0160 |
| Plaintiff, | ) |
| vs. | ) |
| ISRAEL RODRIGUEZ, an individual; SWIFT TRANSPORTATION COMPANY; SWIFT TRANPORTATION CO., LLC; INTERSTATE EQUIPMENT LEASING, LLC; QUEMETCO, INC.; and QUEMETCO WEST, LLC, | ) **COMPLAINT** |
| Defendants. | ) Fee Category: A<br>) Fee:    $221.00 |

THE ABOVE-NAMED PLAINTIFF, P&S ENTERPRISES, LLC dba COYOTE

TRANSPORT (hereinafter "Coyote Transport") for its causes of action against the above-named

Defendants, complain and allege as follows:

COMPLAINT – PAGE 1

## PARTIES

1.      At all times relevant, Coyote Transport has been the assumed business name for P&S Enterprises, LLC, an Idaho limited liability company.

2.      At all times relevant, ISRAEL RODRIGUEZ was an employee of and driver for Swift Transportation Company.

3.      At all times relevant, SWIFT TRANSPORTATION COMPANY (hereinafter "Swift") was the owner and employer of the truck driven by Israel Rodriguez, and SWIFT TRANSPORTATION CO., LLC, and INTERSTATE EQUIPMENT LEASING, LLC have been its subsidiaries.

4.      At all times relevant, QUEMETCO, INC. and QUEMETCO WEST, LLC, have been contractors with Swift, and are headquartered in California.

## JURISDICTION AND VENUE

5.      This court has jurisdiction pursuant to Idaho Code § 1-705.

6.      Venue is proper because the motor vehicle accident upon which this action is based occurred in Lewis County, Idaho.

## COUNT I - NEGLIGENCE

7.      On October 26, 2016, at approximately 8:30 p.m., Samuel Tobias, an employee of Coyote Transport, was driving an International semi-truck owned by Coyote Transport while hauling two pickups and an SUV for Coyote Transport's hauling business on Highway 95 in Lewis County, Idaho.

COMPLAINT – PAGE 2

8.      As Tobias drove southbound on Highway 95, he approached a Swift semi-truck and trailer driven by Israel Rodriguez, that was blocking a lane of traffic (Indiana Registration 2479247 & P27966).

9.      As Tobias passed the Swift semi, the International truck owned by Coyote Transport hit a large object in the lane of traffic and slid off the road.

10.     Upon investigation, it appeared that one of the ingots from the enclosed trailer attached to the Swift semi-truck had fallen out of the trailer and was dangerously in the outside lane of traffic.

11.     The ingot caused Coyote Transport's truck to lose its front axle and pieces of its drive line. Coyote Transport's truck traveled down the southbound lane on its frame before crossing the center line and going off the road into the northbound ditch. As the truck entered the ditch, the engine burst into flames. The crash caused the two pickups and the SUV being hauled by the International truck to come off the trailer.

12.     At the time and place of the collision, Defendants owed a duty to Coyote Transport to drive cautiously and in compliance with the rules of the road.

13.     Defendants breached such duty in the following particulars:

        A.      Defendants failed to properly secure their load, a violation of Idaho Code 67-2901A and IDAPA Rule 11.13.01.019.

14.     As a result of the damage to equipment sustained in the collision, Coyote Transport lost a value of $1,600.00 on its hauling trailer and a value of $3,800.00 on the truck.

15.     As a result of the damage to equipment sustained in the collision, Coyote Transport had to replace its truck and trailer. It paid $6,200.00 for a similar trailer, and had only

been given $4,200.00 by insurance. It paid $10,000.00 for a similar truck, and had only been paid $7,200.00 by insurance. Therefore, the difference paid for the equipment totals $2,800.00 for the truck and $2,000.00 for the trailer, a total of $4,800.00 in value difference.

16.     As a result of the damage to equipment sustained in the collision, Coyote Transport had to rent replacement vehicles until the trailer was replaced. Coyote Transport rented equipment from Challenger Transport in order to haul trailer loads. The rental of the truck and trailer cost Coyote Transport a total of $4,800.00.

17.     Due to Defendants' negligence and the resulting loss of use of the truck and trailer, Coyote Transport was unable to transport multiple loads for its regular customers. The trailer was replaced in April 2017. Therefore, Coyote Transport was without a hauling trailer for approximately six months. During that time, Coyote Transport was unable to haul 78 loads of cars at $1,060.00 each. Due to the loss of use of the trailer, Coyote Transport lost $82,680.00 worth of car hauls.

18.     Due to Defendants' negligence and the resulting loss of use of the truck and trailer, Coyote Transport was unable to haul 28 loads of trailers during the six months. Average pay for each trailer load is $825.00 per load. Therefore, Coyote Transport lost an additional $23,100.00 due to the loss of use of its trailer because of the negligence of Swift Transportation and Quemetco.

19.     Previous to the accident, Coyote Transport paid $49,087.07 in insurance premiums for the year 2016. That had been consistent for years. However, after the accident, the insurance premiums raised to $154,222.04 per year. This was solely due to the accident, as Coyote Transport had an otherwise clean and safe record for its equipment and employees. The

insurance premium increase for each year totals $105,134.97. Therefore, from October 2016 to August 2018, Coyote Transport has paid approximately $210,269.94 in an increase of premiums that were unexpected and only due to the accident.

20.     Coyote Transport has had a sharp increase in premiums for its worker's comp insurance plan due to the injuries sustained by its employee, Samuel Tobias. The cost directly related to the claim is $563.00 per quarter. Coyote Transport has paid that increase every quarter for two year. Therefore, Coyote Transport has paid an additional $4,504.00 due to the negligence of Swift Transportation and Quemetco.

21.     At the time and place of the collision mentioned herein, Israel Rodriguez was operating Swift Transportation's truck with the permission of Swift Transportation, the owner thereof.   Pursuant to Idaho Code §49 – 2417, Swift Transportation and its subsidiaries are derivatively liable for the damages caused by the negligent operation of the vehicle by Israel Rodriguez.

22.     Quemetco, Inc., and its subsidiary, were responsible for securing the load on the Swift Transportation truck, and therefore they are liable for the damages caused by the negligent loading of equipment on Swift Transportation's truck.

## ATTORNEY FEES

14.     Coyote Transport has been required to retain the law office of Hamilton, Michaelson & Hilty, LLP duly licensed and practicing attorneys in the State of Idaho to institute and prosecute this action and have obligated themselves to pay fees and costs incurred in prosecuting this action.   Defendants should be ordered to reimburse Coyote Transport for

reasonable costs and legal fees incurred in this action pursuant to Idaho Code §12 – 121, and

Rule 54 of the Idaho Rules of Civil Procedure, and any other applicable provision of Idaho law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the entry of judgment against Defendants in such

amount as may be proven at trial, including the following:

1.      General damages in such amount as may be proven at trial;

2.      For actual damages for reasonable and necessary expenses incurred in the amount

of at least $335,553.94;

3.      For reasonable attorney fees incurred herein, pursuant to Rule 54 of the Idaho

Rules of Civil Procedure 54 and Idaho Code §12-121;

4.      For all costs incurred herein pursuant to Rule 54 of the Idaho Rules of Civil

Procedure 54 and Idaho Code §12-121;

5.      For such other and further relief as the court deems fair and equitable; and

DATED this **22ⁿᵈ** day of October, 2018.

HAMILTON, MICHAELSON & HILTY, LLP

MAREN ERICSON
Attorneys for Plaintiffs

COMPLAINT – PAGE 6